UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*******************************************
|  |  |
|---|---|
| CELLULAR SPECIALTIES, INC., | * |
| Plaintiff, | * |
|  | *  Case No. 1:11-cv-10681-NMG |
| v. | * |
| AXELL WIRELESS, LTD. | * |
| Defendant. | * |

*******************************************

### NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**NOW COMES** the plaintiff, Cellular Specialties, Inc. ("CSI"), by and through its attorneys, Devine, Millimet & Branch, Professional Association, and provides notice of the dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (dismissal prior to service of answer or motion for summary judgment by opposing party).  The parties to this matter have settled their dispute pursuant to the terms of a confidential settlement agreement with an effective date of August 15, 2011.

        Respectfully submitted,
        **CELLULAR SPECIALTIES, INC.**

        By its Attorneys,

        **DEVINE, MILLIMET & BRANCH,**
        **PROFESSIONAL ASSOCIATION**

Dated:  August 15, 2011        By: _____/s/ Brendan P. Mitchell_____
        Brendan P. Mitchell, BBO# 633835
        bmitchell@devinemillimet.com
        111 Amherst Street, P.O. Box 719
        Manchester, NH 03105-0719
        Tel:  (603) 669-1000